**Order filed, February 7, 2020.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-20-00120-CV
_____

### LANDMARK INTEREST CORPORATION, Appellant

### V.

### COMPETENCE ELECTRIC, LLC, STEVEN SOLIZ, INDIVIDUALLY, AND CRAWFORD ELECTRIC SUPPLY COMPANY, Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 90877-CV**

## ORDER

The reporter's record in this case was due July 8, 2019.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Ida Salinas, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.